IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROOSEVELT SCOTT, and individual,

        Plaintiff,

      vs.

CONCRETE SUPPLY, INC., an Iowa
corporation doing business in Nebraska,

        Defendant.

**8:17CV361**


**ORDER TO SHOW CAUSE**

       This matter comes before the court after a review of the court file and pursuant to NECivR 41.2, which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

       On February 15, 2018, Chief Judge Smith Camp entered a Memorandum and Order granting Defendant's Motion to Dismiss and dismissed Plaintiff's Complaint. (Filing No. 11). The Court provided Plaintiff until February 22, 2018, to file an Amended Complaint. Plaintiff failed to do so. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute the case and for failure to comply with a Court order. Failure to respond to this show cause will result in dismissal of this action. Accordingly,

       **IT IS ORDERED:** On or before **April 13**, **2018**, Plaintiff must show cause why this case should not be dismissed.

       Dated this 27th day of March, 2018.

                                     BY THE COURT:

                                     s/ Michael D. Nelson
                                     United States Magistrate Judge